| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | * | |
| | * | Misc. Docket AG |
| v. | * | No. 122 |
| | * | September Term, 2016 |
| JESSSE RAYMOND RUHL | * | |
| | * | |
| Respondent | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension By Consent filed herein pursuant to Maryland Rule 19-736, proposing such discipline as corresponding discipline for a suspension imposed by the Supreme Court of Pennsylvania in the matter of <u>Office of Disciplinary Counsel v. Jesse Raymond Ruhl</u>, No. 1313 Disciplinary Docket No. 3, it is this 19th day of _____ June _____, 2017,

ORDERED, by the Court of Appeals of Maryland, that Jesse Raymond Ruhl, Respondent, is hereby indefinitely suspended by consent from the practice of law in this State, effective immediately; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Jesse Raymond Ruhl from the register of attorneys in this Court, notify Respondent of such action, and comply with the notice provisions set forth in Maryland Rule 19-761(b); and it is further

ORDERED, as a condition precedent to reinstatement, that Respondent must be reinstated as a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania before seeking reinstatement to the Bar of this Court.

/s/ Clayton Greene Jr.
Senior Judge